Certificate Number: 15111-GAN-DE-031022287

Bankruptcy Case Number: 18-55466



15111-GAN-DE-031022287

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 12, 2018</u>, at <u>3:30</u> o'clock <u>PM EDT</u>, <u>William Tyrone Altman-Fleming</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:  <u>May 12, 2018</u>

By:    <u>/s/Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>